■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDMUND FRENCH, Appellant.—Judgment of the Supreme Court, Richmond County, rendered May 29, 1980, affirmed (see People v Crimmins, 36 NY2d 230). This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Lazer and Cohalan, JJ., concur.